# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Slomsky, Joel H. | 2. Court or Organization<br><br>Eastern District of Pennsylvania | 3. Date of Report<br><br>04/06/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge-active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>601 Market Street<br>Philadelphia, Pennsylvania 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ _____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions.)

☑ NONE (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions.)

☐ NONE (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2009 | Joel Harvey Slomsky Individual Retirement Account (IRA), control |
| 2. | |
| 3. | |

2010 APR 20 A 10: 08
FINANCIAL DISCLOSURE OFFICE
RECEIVED

Slomsky, Joel H.

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 04/06/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | Joel Harvey Slomsky, Esquire--Law Firm | $1,288.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Lawyers Assn. | 3/27-28/2009 | New York, New York | Annual Event to Honor Federal Judges | Hotel, Food, Transportation, Seminar |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 04/06/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 04/06/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | B | Dividend | J | T | | | | | |
| 2. --Vanguard Wellington Fund | | | | | Sold | 03/02/09 | K | A | |
| 3. --Vanguard Star Fund | | | | | Sold | 03/02/09 | K | A | |
| 4. --Vanguard Bond Index Fund-Intermediate Term | | | | | Buy | 03/02/09 | L | | |
| 5. --Vanguard Bond Index Fund-Intermediate Term | | | | | Sold | 06/05/09 | L | | |
| 6. IRA #2 | B | Interest | K | T | | | | | |
| 7. --First Merchants Bank NA (CD) | | | | | | | | | |
| 8. --Morgan Stanley Bank (CD) | | | | | | | | | |
| 9. --Fidelity Money Market Account | | | | | | | | | |
| 10. IRA #3 | F | Int./Div. | P1 | T | | | | | |
| 11. --Ivy Asset Strategy Fund | | | | | Sold | 03/02/09 | K | A | |
| 12. --Vanguard Wellington Fund | | | | | Sold | 03/02/09 | K | A | |
| 13. --Vanguard Star Fund | | | | | Sold | 03/02/09 | K | A | |
| 14. --Vanguard Bond Index Fund-Intermediate Term | | | | | Sold | 06/08/09 | K | B | |
| 15. --U.S. Treasury Strip | | | | | Matured | 02/17/09 | L | C | |
| 16. --Israel State Bond | | | | | | | | | |
| 17. --Banco Popular (CD) | | | | | Matured | 11/23/09 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Slomsky, Joel H. | 04/06/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  --Banco Popular (CD) | | | | | | | | | |
| 19.  --Bank of the Ozarks (CD) | | | | | Matured | 03/13/09 | K | A | |
| 20.  --Cleveland State Bank (CD) | | | | | Matured | 05/26/09 | L | B | |
| 21.  --Discover Bank (CD) | | | | | | | | | |
| 22.  --East West Bank (CD) | | | | | Matured | 02/26/09 | K | A | |
| 23.  --Farmers and Merchants Bank (CD) | | | | | Matured | 12/14/09 | L | C | |
| 24.  --Foundations Bank (CD) | | | | | Matured | 01/23/09 | L | A | |
| 25.  --First National Bank (CD) | | | | | Matured | 01/30/09 | L | B | |
| 26.  --Magnet Bank (CD) | | | | | Matured | 02/10/09 | K | A | |
| 27.  --Paragon National Bank (CD) | | | | | Matured | 04/27/09 | L | B | |
| 28.  --Fidelity Money Market Account | | | | | Closed | 01/30/09 | M | A | |
| 29.  --Bank Clark County (CD) | | | | | Matured | 02/02/09 | K | A | |
| 30.  --Mercantile Bank (CD) | | | | | | | | | |
| 31.  --Mercantile Bank (CD) | | | | | Merged (with line 30) | | | | |
| 32.  --Capital One Bank USA (CD) | | | | | | | | | |
| 33.  --First Merchants Bank NA (CD) | | | | | | | | | |
| 34.  --Morgan Stanley Bank NA (CD) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 04/06/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --First Commercial Bank FL (CD) | | | | | | | | | |
| 36. --First Commercial Bank Fl (CD) | | | | | Merged (with line 35) | | | | |
| 37. --GMAC Bank (CD) | | | | | | | | | |
| 38. --America Fund-Capital Income Builder | | | | | Sold | 03/09/09 | K | A | |
| 39. --Concord Bank (CD) | | | | | Matured | 02/06/09 | K | A | |
| 40. --Cowlitz Bank (CD) | | | | | Matured | 02/06/09 | K | A | |
| 41. --Discover Bank (CD) | | | | | Matured | 03/23/09 | J | A | |
| 42. --Discover Bank (CD) | | | | | | | | | |
| 43. --First National Bank (CD) | | | | | Matured | 01/30/09 | J | A | |
| 44. --Magnet Bank (CD) | | | | | Matured | 02/10/09 | L | A | |
| 45. --Fidelity Money Market Account | | | | | Closed | 01/30/09 | J | A | |
| 46. --Bank North (CD) | | | | | | | | | |
| 47. --First Chicago Bank and Trust (CD) | | | | | Buy | 02/06/09 | K | | |
| 48. --Legacy Texas Bank (CD) | | | | | Buy | 02/06/09 | J | | |
| 49. --Legacy Bank of Texas (CD) | | | | | Buy | 02/06/09 | K | | |
| 50. --Bank of the Commonwealth of Virginia (CD) | | | | | Buy | 02/06/09 | K | | |
| 51. --Merrick Bank (CD) | | | | | Buy | 02/06/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 04/06/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Georgia Bank and Trust Co. (CD) | | | | | Buy | 02/06/09 | K | | |
| 53. --Bank Union (CD) | | | | | Buy | 02/26/09 | K | | |
| 54. --Bank Union (CD) | | | | | Buy | 02/26/09 | K | | |
| 55. --Cit Bank (CD) | | | | | Buy | 02/26/09 | L | | |
| 56. --Cit Bank (CD) | | | | | Buy | 02/26/09 | K | | |
| 57. --Mid Carolina Bank (CD) | | | | | Buy | 02/26/09 | K | | |
| 58. --Charter Bank (CD) | | | | | Buy | 02/26/09 | K | | |
| 59. --Charter Bank (CD) | | | | | Buy | 02/26/09 | K | | |
| 60. --Macon Bank (CD) | | | | | Buy | 03/05/09 | K | | |
| 61. --DMB Community Bank (CD) | | | | | Buy | 03/05/09 | L | | |
| 62. --DMB Community Bank (CD) | | | | | Buy | 03/05/09 | K | | |
| 63. --First Jackson Bank (CD) | | | | | Buy | 03/05/09 | K | | |
| 64. --First Commericial Bank (Jackson, MS) (CD) | | | | | Buy | 03/05/09 | K | | |
| 65. --American Bank CD) | | | | | Buy | 03/05/09 | L | | |
| 66. --Commerce Bank (CD) | | | | | Buy | 03/05/09 | L | | |
| 67. --Commerce Bank (CD | | | | | Buy | 03/05/09 | K | | |
| 68. --Crescent Bank (CD) | | | | | Buy | 03/05/09 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 04/06/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Sallie Mae Bank (CD) | | | | | Buy | 03/26/09 | K | | |
| 70. --Sallie Mae Bank (CD) | | | | | Buy | 03/26/09 | K | | |
| 71. --Great Southern Bank (CD) | | | | | Buy | 05/08/09 | L | | |
| 72. --Pacific Continental Bank (CD) | | | | | Buy | 06/09/09 | J | | |
| 73. --General Electric Capital (Bond) | | | | | Buy | 06/02/09 | K | | |
| 74. --Goldman Sachs Group Inc. (Bond) | | | | | Buy | 06/02/09 | K | | |
| 75. --Genworth Financial Inc. (Bond) | | | | | Buy | 12/30/09 | J | | |
| 76. --Citigroup Inc. (Bond) | | | | | Buy | 12/30/09 | J | | |
| 77. --Prudential Financial Inc. (Bond) | | | | | Buy | 12/30/09 | K | | |
| 78. --American International Group (Bond) | | | | | Buy | 12/30/09 | J | | |
| 79. --Vanguard Wellington | | | | | Buy | 06/08/09 | L | | |
| 80. --Vanguard Total Bond Market Index Fund | | | | | Buy | 03/10/09 | L | | |
| 81. --Fidelity Money Market Account | | | | | | | | | |
| 82. IRA #4 | A | Dividend | J | T | | | | | |
| 83. --Vanguard Target Retirement 2045 Fund | | | | | | | | | |
| 84. Flexible Annuity Plan | C | Int./Div. | L | T | | | | | |
| 85. --Mutual of America Conservative Allocation Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 04/06/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Mutual of America Mid-Term Bond Fund | | | | | Buy | 03/02/09 | K | | |
| 87. --Mutual of America Moderate Allocation Fund | | | | | Sold | 03/02/09 | J | | |
| 88. --Mutual of America General Account | | | | | | | | | |
| 89. Tax Deferred Annuity | D | Int./Div. | N | T | | | | | |
| 90. --Mutual of America Conservative Allocation Fund | | | | | | | | | |
| 91. --Mutual of America Mid-Term Bond Fund | | | | | Buy | 03/02/09 | L | | |
| 92. --Mutual of America Moderate Allocation Fund | | | | | Sold | 03/02/09 | L | | |
| 93. --Mutual of America Interest Accumulation Account | | | | | | | | | |
| 94. PNC Bank Money Market Account | A | Interest | L | T | | | | | |
| 95. Citizens Bank Select Money Market Account | B | Interest | K | T | | | | | |
| 96. Citizens Bank Checking Account | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 04/06/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII. Investments and Trusts: The Joel Harvey Slomsky, Esquire, 401(k) Profit-Sharing Plan and the Joel Harvey Slomsky, Esquire, Defined Benefit Pension Plan, reported on the Financial Disclosure Form for 2008, were terminated as of December 31, 2008 and the assets of the Plans were rolled over in 2009 into a new Joel H. Slomsky Individual Retirement Account (IRA), which is listed in this Form as IRA #3 (lines 10 to 81). IRA #1, referred to on lines 1 to 5, held at Vanguard Mutual Funds was terminated in 2009 and the assets were also rolled over into the Joel H. Slomsky Individual Retirement Account (IRA), which is listed in this Form at IRA #3 (lines 10 to 81). The assets in the Vanguard Wellington Account (line 79) were purchased in both the IRA #1 and IRA #3 on various dates in 2009, beginning on 6/8/09, and are consolidated in line 79. The assets in the Vanguard Total Bond Market Index Fund (line 80) were purchased and sold on various dates in 2009, beginning on 3/10/09, and are consolidated in line 80. The assets in the Vanguard Bond Index Fund-Intermediate Term (line 14) were also purchased and sold on various dates in 2009, beginning on 3/2/09, and finally sold on 6/8/09.

III. Non-Investment Income: In 2009, I received a fee in a case in which I had been appointed by the Third Circuit Court of Appeals to represent an Appellant in an appeal of a criminal conviction and sentence. I was compensated for my services on the appeal only for the time I worked on the case when I was still in private practice in 2008. I bacame a federal judge on October 8, 2008. The income listed as Non-Investment Income (line 1) is the income reported on a Schedule C (net profits) reported on my 2009 federal tax return.

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 04/06/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544